AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Helena Division                DISTRICT OF                MONTANA

DAVID JOHN GUNSCH

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:        CV-8-56-H-CCL

UNITED STATES OF AMERICA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
    That Defendant's Petition pursuant to 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence is Denied.

November 24, 2008                                                        Patrick E. Duffy
Date                                                                      Clerk

                                                                         /s/ Heidi Gauthier
                                                                         (By) Deputy Clerk